B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>R.H. Love Galleries, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>36-2837717 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>220 W. Huron St., Suite 2004<br>Chicago, IL                     ZIP Code  60654 | Street Address of Joint Debtor (No. and Street, City, and State):                     ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                     ZIP Code | Mailing Address of Joint Debtor (if different from street address):                     ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above):   Multiple addressess. See attached Exhibit A to Voluntary Petition. | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>See Exhibit D on page 2 of this form.<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7     ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9         of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12    ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13        of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."     ■ Debts are primarily business debts. |

| Filing Fee (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:   **Chapter 11 Debtors**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information     *** Michael L. Ralph 2279304 ***<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(4/10) Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | R.H. Love Galleries, Inc. |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
| --- | --- | --- |
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| --- | --- | --- |
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>    Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.
If this is a joint petition:
☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

    _____
    (Name of landlord that obtained judgment)

    _____
    (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                   Page 3

**Voluntary Petition**

*(This page must be completed and filed in every case)*

Name of Debtor(s):
R.H. Love Galleries, Inc.

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X /s/ Michael L. Ralph
Signature of Attorney for Debtor(s)

Michael L. Ralph 2279304
Printed Name of Attorney for Debtor(s)

Ralph, Schwab & Schiever, Chartered
Firm Name

175 East Hawthorn Parkway
Suite 345
Vernon Hills, IL 60061

Address

847-367-9699  Fax: 847-367-9621
Telephone Number

October 27, 2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Richard H. Love
Signature of Authorized Individual

Richard H. Love
Printed Name of Authorized Individual

President
Title of Authorized Individual

October 27, 2011
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

## EXHIBIT A
## TO VOLUNTARY PETITION

Location of principal assets:

220 W. Huron Street, 2nd Floor
Chicago, IL 60054

Hall's Storage
3001 N. Knox Ave.
Chicago, IL 60641

Storage facility
11315 E. 50 N.
Knox, IN 46534

Pickens-Kane Moving and Storage Company
410 N. Milwaukee Ave.
Chicago, IL 60654

645 North Michigan LLC
c/o Sanford Kahn, Ltd.
180 N. LaSalle St., Suite 2025
Chicago, IL 60601


ACA Galleries
529 W. 20th St.
New York, NY 10011


Adam Gaspar
4701 Auvergne Ave.
Lisle, IL 60532


Advantage Moving ans Storage, Inc.
2641 Corporate Parkway
Algonquin, IL 60102


Allied Interstate
2290 Agate Ct., Unit A1
Simi Valley, CA 93065


American Arbitration Association
13455 Noel Rd., Suite 1750
Dallas, TX 75240


American Express
c/o Gary R. Underwood
515 Olive St., Suite 800
Saint Louis, MO 63101


ARSI
555 St. Charles Dr., Suite 100
Thousand Oaks, CA 91360


Art Appleton
5323 Carden Beach
Christiansted, VI 00820


Artnet Worldwide Corp.
61 Broadway, 23rd Floor
New York, NY 10006


AT&T
P.O. Box 8105
Aurora, IL 60507

```
Babcock Galleries
724 Fifth Ave., #11
New York, NY 10019


Baumgartner Fine Art Restoration
1006 S. Michigan Ave., #706
Chicago, IL 60605


Benjamin Probasco
100 E. Tenth St., #600
Chattanooga, TN 37402


Best Judah
c/o Clifford Law Offices PC
120 N. LaSalle, Suite 3100
Chicago, IL 60602


Charles Schridde
6349 N. 78th St., Unit 137
Scottsdale, AZ 85250


Com Ed
P.O. Box 6111
Carol Stream, IL 60197-6111


Com Ed
Attn: Bkcy Group - Claims Dept.
3 Lincoln Center
Villa Park, IL 60181


Comeau, Maldegen, Templeman
Sharon Horndeski
141 E. Palace Ave., Suite 2
Santa Fe, NM 87501


Courtney L. Anderson
Mayer Brown LLP
71 S. Wacker Dr.
Chicago, IL 60606


Credit Mediators, Inc.
414 Sansom Street
Upper Darby, PA 19082
```

CT Corporation
Chicago Corporate Team 3
208 S. LaSalle St., #814
Chicago, IL 60604


Daniel C. Meenan, Jr.
Kralovec Meenen LLP
53 W. Jackson, #1102
Chicago, IL 60604


Daniel Lieberman
7 Warson Terrace
Ladue, MO 63124


Danny L. Wiginton
118 Jefferson St.
Huntsville, AL 35801


David Bernahl
200 N. Dearborn, Suite 4606
Chicago, IL 60601


David Lowenthal
64 Goodnow Rd.
Princeton, MA 01541


David M. Hastings
Merzbach Law Office, PC
73 State St.
Rochester, NY 14614


Deutschman & Associates PC
72 W. Washington, #1525
Chicago, IL 60602


Diana Van Den Broecke
Transportation Collection Specialis
29 E. Madison St., #1650
Chicago, IL 60602


Donald Ferris
928 Shermer
Northbrook, IL 60062

Donald, Dee Dee and Felicity Sodaro
926 Via Lido Nord
Newport Beach, CA 92663


Doug Engerman
5358 Canvasback Rd.
Blaine, WA 98230


Edward Hoy
N9590 Boje Ct.
Watertown, WI 53094


Elizabeth Albert
316 Courtland
Park Ridge, IL 60068


ePage City
4541 N. Ravenswood, #201
Chicago, IL 60640


Eric Check
161 N. Clark St., #2575
Chicago, IL 60601


Erik Scheinfeldt
370 Main St.
Worcester, MA 01608


Everette James
205 New Castle Place
Chapel Hill, NC 27514


First Data Merchant Services
c/o ARSI
555 St. Charles Dr., Suite 100
Thousand Oaks, CA 91360


Fred Bucholtz
27 W. 234 Fleming Dr.
Winfield, IL 60190


Geoffrey Engerman
400 E. Randolph St., #2926
Chicago, IL 60601

```
George Stein
1305 Washington St.
Michigan City, IN 46360


GLT Co., Ltd.
P.O. Box 692
Wilmette, IL 60091


Guarisco Gallery
1120 22nd St. NW
Washington, DC 20037


Harold Rowe
49 Sloman Ln.
Santa Fe, NM 87507


Hinckley & Heisengerg LLP
Christoph Heisenberg
2711 Madison Ave., Suite 905
New York, NY 10016


Howard Brown
823 Cobb Blvd.
Kankakee, IL 60901


Illinois Department of Revenue (p)
Bankrupcty Section/Level 7-425
100 West Randolph St.
Chicago, IL 60606


Illinois Dept. of Empl. Sec. (p)
Bankruptcy Unit
3rd Fl., 401 S. State St.
Chicago, IL 60605


Indiana Department of Revenue
Bankruptcy Section, Room N-203
100 North Senate Avenue
Indianapolis, IN 46204


Internal Revenue Service (p)
P.O. Box 7346
Philadelphia, PA 19101-7346
```

```
J. Donald Nichols
416 Jackson Blvd.
Nashville, TN 37205


J. Peter Dunston
c/o Asperger Associates, LLC
180 N. Stetson, #3050
Chicago, IL 60601


James Flynn
1 Cypress Ln.
Dune Acres, IN 46304


James Jordan
414 Leonard St.
Park Ridge, IL 60068


James Phelps
2635 University Ave W
Saint Paul, MN 55114


James Sapala
1792 Valley View
Ann Arbor, MI 48104


Jay K. Levy
P.O. Box 1181
Evanston, IL 60201


Jeff Heston
6143 Laurelgrove Ave.
North Hollywood, CA 91606


Jerald W. Freeman
c/o Kurt Wihl
P.O. Box AA
Albuquerque, NM 87103


Joe Berger
8430 Estero Blvd.
Fort Myers Beach, FL 33931


John A. Doerrer
1705 N. Rutherford Ave.
Chicago, IL 60707
```

John Capps
12 Huntleigh Woods
Saint Louis, MO 63131

John Dell
3610 Crown Point Rd.
Louisville, TN 37777

John Engerman
3411 Linton Rd.
Lake Geneva, WI 53142

John Hainsworth
250 25th Ave. North
Suite 110
Nashville, TN 37203

John Nallon Estate
c/o Jeanine Rosati
8N587 Shady Ln.
Elgin, IL 60124

John R. Crossan
135 S. LaSalle, #3300
Chicago, IL 60603

Jonathon Dixon PC
7501 N. Sheridan, Suite D
Chicago, IL 60626

Kal Shiner
Osterow, Reisin, Berk & Abrams
455 N. Cityfront Plaza Dr.
Chicago, IL 60611

Keith G. Carlson
Carlson Law Offices
6 W. Hubbard St., 6th Floor
Chicago, IL 60654

Kenneth Gaspar
546 62nd St.
Lisle, IL 60532

Louise Blouin Media, Inc.
601 W. 26th St., Suite 410
New York, NY 10001


Lydia Bueschel
Robinson Curley & Clayton, PC
300 S. Wacker Dr., #1700
Chicago, IL 60606


Mark Heatwole
50 W. Schiller, #2J
Chicago, IL 60610


McDougall Fine Arts Galleries
22 Coles Island Rd.
Gloucester, MA 01930


Michael Best & Friedrich LLP
2 Prudential Plaza, Suite 2000
180 N. Stetson Ave.
Chicago, IL 60601


Michael G. Dickler
Sperling & Slater PC
55 W. Monroe St., #3200
Chicago, IL 60603


Mike DiFoggio
3216 S. Shields
Chicago, IL 60616


MRSA Architects
1144 W. Fulton St., 3rd Floor
Chicago, IL 60607


Northwestern Memorial Hospital
251 E. Huron St.
Chicago, IL 60611


Ohio Department of Taxation
30 E. Broad Street, 23rd floor
Columbus, OH 43215

```
onShore Networks LLC
1407 W. Chicago Ave.
Chicago, IL 60642


Otis Art and Antiques
415 W. Golf Rd., Suite 19
Arlington Heights, IL 60005


Pacific Indemnity Co
c/o Meghan M. Kelly
233 S. Wacker Dr., Suite 2200
Chicago, IL 60606


Peter Friedes
25 Columbus Circle, Apt. 63-B
New York, NY 10019


Peter Limperis
5624 W. 79th St.
Burbank, IL 60459-1391


Pickens-Kane Moving and Storage Co.
410 N. Milwaukee Ave., 3rd Floor
Chicago, IL 60654


Rhonda Feinman Custom Frames, Inc.
10-40 45th Ave.
Long Island City, NY 11101


Richard Edgeworth Estate
c/o Frank N. DeBoni
55 W. Monroe St., #1800
Chicago, IL 60603


Robert R. Brandt
Kuczek & Associates
P.O. Box 208
Deerfield, IL 60015


Robert Scheidt
1001 Maplewood
Van Wert, OH 45891
```

Rodney Mikesell
1727 Wildberry Dr.
Glenview, IL 60025


Roland Paul
1396 Clover St.
Rochester, NY 14610


Ronald Beanblossom
850 Heritage Dr.
Lima, OH 45804


Shell Fleet
P.O. Box 689081
Des Moines, IA 50368


Slater, Tenaglia, Fritz & Hunt PA
P.O. Box 5476
Mount Laurel, NJ 08054


Spanierman Gallery
45 E. 58th St.
New York, NY 10021


Stanley Janowiak
Morgan Stanley Smith Barney
70 W. Madison St.
Chicago, IL 60602


State of Illinois - Dept. of Labor
160 N. LaSalle St., Suite C-1300
Chicago, IL 60601


Stephen Libowsky
233 S. Wacker Dr., #7800
Chicago, IL 60606


Susan Johnson
1434 Rocky Ridge Rd.
Mountain Home, AR 72653


Susan Malone
20 N. Wacker Dr., #1745
Chicago, IL 60606

Ted Siedell
7540 W. North Ave.
Elmwood, IL 60707


Thanhardt Burger Corp.
720 Boyd Blvd.
La Porte, IN 46352


Thomas Klise
8926 N. Greenwood Ave., #136
Glenview, IL 60025


Timothy Murray
303 W. Madison St.
12th Floor
Chicago, IL 60606


United Healthcare Ins. Co.
50 N. Brockway St.
Palatine, IL 60067


UPS Supply Chain Solutions
P.O. Box 650580
Dallas, TX 75265


Vincent Vallerino Fine Art, Ltd.
120 E. 65th St.
New York, NY 10021


Warren H. Snyder Trust
c/o Charles W. Tramel
10 S. Dearborn St.
Chicago, IL 60603


William G. Salatich Consulting
77 Brandon Rd.
Northfield, IL 60093


William Marshall
524 E. High Point Place
Peoria, IL 61614


William Waesche
4021 Glenhurst Drive North
Jacksonville, FL 32224

William Zieske
Zieske Law Office
53 W. Jackson, #1557
Chicago, IL 60604


Winston & Strawn LLC
c/o Kevin McCormick
35 W. Wacker Dr.
Chicago, IL 60601